JOSHUA A. SOUTHWICK (246296)
C. JOSEPH OU (294090)
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Telephone:  (415) 348-6000
Facsimile:   (415) 348-6001
Email:        jsouthwick@gibsonrobb.com
                   jou@gibsonrobb.com

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE
COMPANY a/s/o FAM PPE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY a/s/o FAM PPE LLC<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED CARGO MANAGEMENT, INC<br><br>Defendant(s). | Case No. 2:21-cv-8474<br><br>**COMPLAINT FOR NON-DELIVERY OF OCEAN CARGO**<br><br>(Damages in the sum of $154,432.08) |

Plaintiff's complaint follows:

1.  Plaintiff LIBERTY MUTUAL INSURANCE COMPAY a/s/o FAM PPE LLC ("LIBERTY"), is now, and at all times herein material was, a corporation duly organized and existing by virtue of law and brings this action on its own behalf, and as the subrogee of FAM PPE LLC, the owner of the hereinafter described cargo.

2.  LIBERTY is informed and believes, and on the basis of that information and belief alleges that defendant UNITED CARGO MANAGEMENT, INC. ("UCM"), is a California corporation and is now and at all times herein material was engaged in business as common carriers for hire within the United States and within this judicial district.

3. Plaintiff's complaint contains a cause of action for damage to cargo arising under a statute of the United States, namely the Carriage of Goods by Sea Act, 46 U.S.C. § 30701, et. seq. and is therefore within the jurisdiction of this Court pursuant to 28 U.S.C. § 1331.

4. Additionally, the Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333. This is a cause of action for damage to ocean cargo and is an admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure.

5. Venue is proper in this Court under 28 U.S.C. § 1391(b).

6. On or about October 15, 2020 at Ho Chi Minh, Vietnam, UCM and its agents and subcontractors received a shipment of 1054 cartons of masks (the "Cargo") for carriage under UCM bill of lading no. LGB2010051, and others, issued by and/or on behalf of UCM, under contracts of carriage and in return for good and valuable consideration, agreed to carry said cargo from Ho Chi Minh to Long Beach, California, via the Port of Long Beach, California and there deliver said cargo to the lawful holder of the bills of lading, and others, in the same good order, condition, and quantity as when received.

7. Thereafter, in breach of and in violation of said agreements, UCM did not deliver said cargo in the same good order, condition, and quantity as when received. To the contrary, the container carrying the subject goods was lost overboard at sea. The total value of the cargo lost overboard was $154,432.08.

8. Prior to the shipment of the herein described cargo and prior to any loss thereto, LIBERTY issued its policy of insurance whereby LIBERTY agreed to indemnify the owner of the Cargo, and his assigns, against loss of or damage to the Cargo while in transit, including mitigation expenses, and LIBERTY has therefore become obligated to pay, and has paid, to the person entitled to payment under said policy the sum of $154,432.08, which is the value of the damaged Cargo on account of the herein described loss, including the $10,000 deductible.

/ / /

9.      LIBERTY has therefore been damaged in the sum of $154,432.08, or another amount according to proof at trial, no part of which has been paid, despite demand therefor.

WHEREFORE, Plaintiff prays that this Court enter judgment in its favor and against Defendant; that this Court decree payment by Defendant to Plaintiff in the sum of $154,432.08, together with prejudgment interest thereon and costs of suit herein; and that Plaintiff have such other and further relief as in law and justice it may be entitled to receive.

Respectfully submitted,

Dated: October 26, 2021        GIBSON ROBB & LINDH LLP

/s/ C. JOSEPH OU
C. Joseph Ou
jou@gibsonrobb.com
Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY a/s/o FAM PPE LLC