JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY a/s/o FAM PPE LLC<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED CARGO MANAGEMENT, INC<br><br>Defendant(s). | Case No. 2:21-cv-8474 RSWL (RAOx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Having read and considered the Stipulation to Dismiss the entire action with prejudice, and good cause appearing therefore,

IT IS SO ORDERED THAT the entire action is dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: February 10, 2023         By: */S/ RONALD S.W. LEW*
                                 Honorable Ronald S.W. Lew
                                 United States District Judge

---

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
Case No. 2:21-cv-8474; Our File No. 5478.84e